WILLIAM J. LOHN, Respondent, v. AUTOMATIC MOTOR CONTROL CORPORATION and Others, Appellants and Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MANX TAXI HOLDING COMPANY, INC., Plaintiff, v. BUFF REALTY CORPORATION and CHECKER CAB MANUFACTURING CORPORATION, Appellants, Respondents, and RICHARD T. GREENE and Others, Respondents.    (First Action.)    BUFF REALTY CORPORATION, Appellant, Respondent, v. CHECKER CAB MANUFACTURING CORPORATION, Respondent, Appellant, and RICHARD T. GREENE and Others, Respondents.    (Second Action.) — Judgments affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GLOBE INDEMNITY COMPANY and Another, Appellants, v. FEDERAL RESERVE BANK OF NEW YORK, Respondent, and FEDERAL RESERVE BANK OF CLEVELAND and Another, Impleaded Defendants, Respondents.— Orders reversed, with twenty dollars costs and disbursements, and motions granted, on the authority of *American Surety Co.* v. *Empire Trust Co.* (262 N. Y. 181); *People* v. *Bank of North America* (75 id. 547).    Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell and Glennon, JJ., dissent and vote for affirmance.

NATIONAL HOUSE CLEANING CONTRACTORS, INC., Appellant, v. STEVE BOBALUC, Individually and as President of, and ABRAHAM ROSENBLATT, Individually and as Secretary and Treasurer of, Window Cleaners Protective Union, Local No. 2, Affiliated with Building Service Employees International Union of the American Federation of Labor, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EUCLID HOLDING COMPANY, Landlord, Respondent, v. DAVID A. SCHULTE, Tenant, DASCO REALTY CORPORATION, Tenant, Appellant, D. A. SCHULTE, INC., Guarantor, and LICHTENSTEIN APPAREL SHOP, INC., and Others, Undertenants.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.    [153 Misc. 832.]

MARTIN WRIGHT and Another, Individually and on Behalf of All Creditors of the Depositors State Bank, an Illinois Corporation, Appellants, v. JOHN IRVING RUSSELL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.    [155 Misc. 877.]

JOHN MORRISON, Respondent, v. JACOB KEUR, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.    [150 Misc. 772.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBERT CARBONE, Appellant.— Judgment reversed and the information dismissed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. WOODSON R. OGLESBY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.